UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TVI, INC., a Washington corporation, | CASE NO. C18-1461-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HARMONY ENTERPRISES, INC., a Minnesota corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related deadlines (Dkt. No. 37). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. Trial in this matter is hereby CONTINUED from December 9, 2019 to March 30, 2020 at 9:30 a.m.;
2. The proposed pretrial order shall be filed no later than March 20, 2020;
3. Trial briefs and proposed voir dire/jury instructions shall be filed no later than March 26, 2020;
4. Discovery shall close 120 days before trial;

5. Dispositive motions shall be filed no later than 90 days before trial; and

6. Expert witness disclosures shall be made no later than 90 days before trial.

DATED this 6th day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
