THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TVI, INC., a Washington corporation, | CASE NO. C18-1461-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HARMONY ENTERPRISES, INC., a Minnesota corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for reconsideration (Dkt. No. 42) of the Court's order granting Plaintiff's motion to compel and for sanctions for spoliation and discovery abuses (Dkt. No. 39). The Court hereby ORDERS Plaintiff to respond to Defendant's motion for reconsideration. Plaintiff shall file a response brief of eight (8) pages or less no later than September 6, 2019. Plaintiff's response shall not include a factual background section, and will only address Defendant's challenge to the Court's award of attorney fees pursuant to Federal Rule of Civil Procedure 37(a)(5). The Clerk is DIRECTED to renote Defendant's motion for reconsideration (Dkt. No. 42) to September 6, 2019. The Clerk is further DIRECTED to renote Defendant's motion for attorney fees and costs (Dkt. No. 40) to September

20, 2019.

DATED this 29th day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk