THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TVI, INC., a Washington corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>HARMONY ENTERPRISES, INC., a Minnesota corporation,<br><br>        Defendant. | CASE NO. C18-1461-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 75). The parties state that they have reached a settlement agreement in principle and are in the process of preparing and finalizing the terms of their settlement. (*Id*.) Having thoroughly considered the notice and the relevant record, the Court hereby STRIKES the trial currently set for March 30, 2020, and related pretrial deadlines. The parties are ORDERED to file a joint status report or a stipulation and proposed order of dismissal no later than 30 days from the date this minute order is issued. The Clerk is DIRECTED to terminate Defendant's pending motion for summary judgment (Dkt. No. 62). The Clerk is further DIRECTED to statistically close this case.

//

MINUTE ORDER
C18-1461-JCC
PAGE - 1

1       DATED this 19th day of February 2020.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk