THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TVI, INC., a Washington corporation, | CASE NO. C18-1461-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HARMONY ENTERPRISES, INC., a Minnesota corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's status report regarding the parties' efforts to finalize their settlement agreement (Dkt. No. 81). Having thoroughly considered the report, the Court hereby ORDERS the parties to file a joint status report or a stipulation and proposed order of dismissal no later than May 22, 2020.

DATED this 11th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk