THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TVI, INC., a Washington corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>HARMONY ENTERPRISES, INC., a Minnesota corporation,<br><br>  Defendant. | CASE NO. C18-1461-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report regarding the parties' efforts to finalize their settlement agreement (Dkt. No. 83). Having thoroughly considered the report, the Court hereby ORDERS the parties to file a joint status report or a stipulation and proposed order of dismissal no later than June 22, 2020.

DATED this 26th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1461-JCC
PAGE - 1